

"UNDER SEAL"  FILED
CHARLOTTE, N.C.
APR 23 2008
U.S. DISTRICT COURT
W. DIST. OF N.C.

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | DOCKET NO. 3:08CR 83-W |
| ) | |
| vs. ) | |
| ) | **ORDER TO SEAL** |
| RICKY GILES ) | |
|     A/K/A "NEW YORK" ) | |

Upon motion of the United States Attorney, it is hereby ORDERED, ADJUDGED AND DECREED that the above referenced Bill of Indictment, Warrant and the Motion to Seal the Bill of Indictment be sealed until the defendant has been arrested.

This the 23rd day of April, 2008.

_____
UNITED STATES MAGISTRATE JUDGE